13748

JEWEL TEA CO., INC., v. CITY OF CAMDEN

(172 S. E., 307)

354

358

*Mr. L. A. Wittkowsky,* for appellant,

*Mr. Murdoch M. Johnson,* for respondent,

January 9, 1934.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

For the reasons stated by his Honor, Judge Dennis, in his decree, which will be reported, the judgment of the Circuit Court is affirmed.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES CARTER and BONHAM concur.